UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    **Plaintiff,**

                    v.                                  1:10-CV-858
                                                         (FJS/DRH)

**THE STATE OF NEW YORK and THE NEW
YORK STATE OFFICE OF CHILDREN AND
FAMILY SERVICES,**

                                    **Defendants.**
_____

**APPEARANCES**                                      **OF COUNSEL**

**UNITED STATES DEPARTMENT**        **ALYSSA C. LAREAU, ESQ.**
**OF JUSTICE – CIVIL DIVISION**
601 D Street, NW
Room 9534
Washington, D.C. 20004
Attorneys for Plaintiff

**OFFICE OF THE NEW YORK**             **MEGAN L. LEVINE, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

### ORDER ENTERING SETTLEMENT AGREEMENT

      On July 14, 2010, the United States filed this action. *See* Dkt. No. 1. On the same date, the parties filed a joint motion to enter settlement agreement. *See* Dkt. No. 3.

      The United States and the State of New York and the New York State Office of Children and Family Services have determined that entering into a Settlement Agreement and Order ("Settlement Agreement") concerning the conditions of confinement at the Finger Lakes

Residential Center, the Lansing Residential Center, the Tryon Residential Center, and the Tryon Girls Center, which all of the parties executed on or before July 14, 2010, rather than contested litigation, is the best way to resolve the United States' claims in this matter.

After reviewing the Settlement Agreement, the Court finds that the Settlement Agreement satisfies all of the requirements of the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(1)(A), and that the prospective relief in the Settlement Agreement is narrowly drawn and extends no further than necessary.

Accordingly, the Court hereby

**ORDERS** that the parties' Joint Motion for Entry of the Settlement Agreement and Order is **GRANTED**; and the Court further

**ORDERS** that the Settlement Agreement shall be entered as an Order of the Court; and the Court further

**ORDERS** that, as noted above, the Settlement Agreement satisfies the requirements of the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(1)(A); and the Court further

**ORDERS** that the Court shall retain jurisdiction over this case consistent with the terms of the Settlement Agreement until the case is dismissed; and the Court further

**ORDERS** that the Court shall have the power to enforce the Settlement Agreement through all remedies that the law permits.

**IT IS SO ORDERED.**

Dated: July 19, 2010
      Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Senior United States District Court Judge