UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW YORK and<br>THE NEW YORK STATE OFFICE<br>OF CHILDREN AND FAMILY<br>SERVICES,<br><br>Defendants. | Civil No. 1:10-CV-0858(FJS/DRH) |

## ORDER

The parties' Joint Motion to Dismiss Columbia Girls Secure Center from the Settlement Agreement is hereby GRANTED. This order has no bearing or effect upon the remaining facilities covered by the Settlement Agreement. IT IS ORDERED THAT the Clerk of the Court shall dismiss Columbia Girls Secure Center from the Settlement Agreement in the above-styled case.

Dated: September 8, 2014

_____
Frederick J. Scullin, Jr.
Senior U. S. Distict Judge