# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil No. 1:10-CV-0858(FJS/DRH)<br>THE STATE OF NEW YORK and )<br>THE NEW YORK STATE OFFICE )<br>OF CHILDREN AND FAMILY )<br>SERVICES, )<br>)<br>Defendants. ) | |

## ORDER

The parties' Joint Motion to Dismiss Finger Lakes Residential Center from the Settlement Agreement is hereby GRANTED. This order has no bearing or effect upon the remaining facility and provisions covered by the Settlement Agreement. IT IS ORDERED THAT the Clerk of the Court shall dismiss Finger Lakes Residential Center from the Settlement Agreement in the above-styled case. The Clerk is directed to notify the parties of entry of this Order.

Dated the 21st day of December, 2015.

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge