# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　)
Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Civil No. 1:10-CV-0858(FJS/DRH)
THE STATE OF NEW YORK and　　　)
THE NEW YORK STATE OFFICE　　　)
OF CHILDREN AND FAMILY　　　　　)
SERVICES,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　)
　　　　　　　　　　　　　　　　)

## ORDER

The parties' Joint Motion to Dismiss Paragraphs 44(b) (first sentence only), 44(d), 44(e),

44(h), and 56 from the Settlement Agreement is hereby GRANTED. These provisions will no

longer be monitored under the Settlement Agreement. This order has no bearing or effect upon

the remaining facility and provisions covered by the Settlement Agreement. IT IS ORDERED

THAT the Clerk of the Court shall dismiss Paragraphs 44(b) (first sentence only), 44(d), 44(e),

44(h), and 56 from the Settlement Agreement in the above-styled case. The Clerk is directed to

notify the parties of entry of this Order.

Dated the 21st day of ___December___, 2015.

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge